UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) Civil Action No. 1:06-cv-00889 |
| Plaintiff, | )<br>) C O M P L A I N T |
| v. | )<br>) JURY TRIAL DEMAND |
| SHEFFIELD FINANCIAL LLC, | )<br>) |
| Defendant. | )<br>) |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin, and to provide appropriate relief to Ahmed Ibrahim, a native of Egypt, who was adversely affected by such practices. The Commission alleges that Defendant, Sheffield Financial LLC, discriminated against Ahmed Ibrahim when it terminated his employment because of his national origin.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the Middle District of North Carolina.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Sheffield Financial LLC ("Defendant"), has been a North Carolina limited liability company, and has had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ahmed Ibrahim filed a charge with the Commission alleging a violation of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about September 19, 2005, Defendant engaged in an unlawful employment practice in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2. Specifically, on or about September 19, 2005, Ahmed Ibrahim reported to work as a temporary employee in Defendant's collections department. Mr. Ibrahim is a native of Egypt who speaks English with an Arabic accent. Within a few hours after Mr. Ibrahim reported to work, Defendant terminated his employment because of his accent. Mr. Ibrahim's accent does not materially interfere with his ability to communicate orally in English. Mr. Ibrahim was fully qualified and able to perform all of the duties of his position at the time his employment was terminated.

8. The effect of the practice complained of in paragraph 7 above has been to deprive

Ahmed Ibrahim of equal employment opportunities and otherwise adversely affect his status as an employee because of his national origin.

9. The unlawful employment practice complained of in paragraph 7 above was intentional.

10. The unlawful employment practice complained of in paragraph 7 above was done with malice or with reckless indifference to the federally protected rights of Ahmed Ibrahim.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its owners, officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of national origin.

B. Order Defendant to institute and carry out policies, practices, and training programs which provide equal employment opportunities for persons without regard to national origin, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Ahmed Ibrahim by providing appropriate back pay, with prejudgment interest, in amounts to be determined at trial, and any other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices, including but not limited to reinstatement or front pay in lieu thereof.

D. Order Defendant to make whole Ahmed Ibrahim by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, in amounts to be determined at trial.

E. Order Defendant to make whole Ahmed Ibrahim by providing compensation for non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above,

including past and future emotional distress, humiliation, anxiety, inconvenience, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant to pay Ahmed Ibrahim punitive damages for the malicious or reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper.

H. Award the Commission its costs in this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised in the complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W., Suite 700
Washington, DC 20507-1002

/s/ LYNETTE A. BARNES (N.C. Bar 19732)
Regional Attorney
EEOC-Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 344-6878
Facsimile: (704) 344-6780

/S/ TRACY HUDSON SPICER (MD Bar 08671)
Supervisory Trial Attorney


/S/ CORBETT L. ANDERSON (PA Bar 77027)
Trial Attorney
EEOC Washington Field Office
1801 L Street, N.W., Suite 100
Washington, DC 20507-1002
Telephone: (202) 419-0724
Facsimile: (202) 419-0701